■ The People of the State of New York, Respondent, v Saul Hernandez, Appellant. [870 NYS2d 804]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hudson, J.), rendered October 20, 2006, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Florio, Angiolillo, McCarthy and Chambers, JJ., concur.

■ The People of the State of New York, Respondent, v Roger Jefferson, Appellant. [870 NYS2d 804]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered February 8, 2006, convicting him of criminal possession of a weapon in the third degree and criminal trespass in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not denied the effective assistance of counsel because his counsel did not object to the defendant's appearance in court in prison attire until the end of the first day of jury selection (*see People v Turner,* 5 NY3d 476 [2005]; *People v Baldi,* 54 NY2d 137, 147 [1981]; *People v Marshall,* 2 AD3d 1157 [2003]).

The defendant's remaining contentions are without merit. Mastro, J.P., Fisher, Miller and Carni, JJ., concur.